IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01277-LTB-KMT

MARY BARONE,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendant's Unopposed Motion to Vacate Settlement Conference" (#18, filed April 4, 2008) is GRANTED. The settlement conference currently set for April 14, 2008 is VACATED. Defense counsel is directed to initiate a conference call to include all parties before April 18, 2008 to chambers at (303) 335-2780 to set a new date for the settlement conference.

Dated: April 8, 2008