IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01277-LTB-KMT

MARY BARONE,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Plaintiff's "Joint Motion to Amend the Scheduling Order Extending Discovery Cutoff and Dispositive Motion Deadline" (#21, filed April 18, 2008) is GRANTED. The Scheduling Order is amended to extend the discovery cut-off to June 5, 2008 and the dispositive motion deadline to June 25, 2008.

Dated: April 24, 2008