IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01277-LTB-KMT

MARY BARONE,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's <u>Unopposed</u> Motion to Amend Scheduling Order and Extend Discovery Cutoff Date" (#27, filed June 4, 2008) is GRANTED. The Scheduling Order is amended to reflect June 9, 2008 as the discovery cutoff deadline. No further extensions will be granted.

Dated: June 10, 2008