IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 07-cv-01277-LTB-KMT | FTR |
| **Date:** July 14, 2008 | Debra Brown, Deputy Clerk |
| MARY BARONE | John R. Olsen |
| Plaintiff. | |
| v. | |
| UNITED AIR LINES | David Daniel Powell, Jr.<br>Kimberly I. Danielson |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**

**Court in session: 9:31 a.m.**

Court calls case. Appearances of counsel.

The proposed Final Pretrial Order is reviewed.

**ORDERED:** The Final Pretrial Order is approved and shall be filed.

Discussion by the Court and Counsel regarding Defendant's Motion for Summary Judgment [#36].

**ORDERED:** [46] Unopposed MOTION to Vacate and Reschedule Settlement Conference is **GRANTED.** The **Settlement Conference** is **RESET for September 02, 2008 at 10:30 a.m.** in Courtroom A-601. Counsel is advised that on or before August 28, 2008 they are to advise the Court by calling Magistrate Judge Tafoya's Judicial Assistant, Janet Zinser at (303) 335-2780 if the settlement conference should go forward.

**Court in Recess: 9:45 a.m.**
Total In-Court Time 0:14; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.