**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01277-LTB-KMT
(Consolidated w/08-cv-02487-REB-MJW)

MARY BARONE,

       Plaintiff,

v.

UNITED AIR LINES,

       Defendant.
_____

**ORDER**
_____

Upon Defendant's Motion to Consolidate Cases for Trial and for New Trial Date (Doc 79 - filed December 31, 2009) and Plaintiff's Nonopposition to Motion (Doc 81 - filed January 19, 2010), and with the approval of Chief Judge Wiley Y. Daniel and Judge Robert E. Blackburn, it is

ORDERED that the Motion to Consolidate is GRANTED.  Case No. 08-cv-02487-REB-MJW is consolidated with this matter and all further filings will be made in 07-cv-01277-LTB-KMT.

                                              BY THE COURT:


                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   January 22, 2010