**IN THE UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLORADO  
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01277-LTB-KMT  
(Consolidated w/ Civil Case No. 08-cv-02487-REB-MJW)

MARY BARONE,

       Plaintiff,

v.

UNITED AIRLINES, INC.,

       Defendant.

_____

**ORDER**
_____

As further set forth on the record at the hearing held on February 18, 2010, IT IS HEREBY ORDERED as follows:

1. Plaintiff shall file either a motion to dismiss or a status report regarding her claim under Colorado's Anti-Discrimination Act on or before February 22, 2010;

2. Defendant shall file a status report regarding its position on an advisory jury verdict on Plaintiff's promissory estoppel claim on or before February 22, 2010;

3. Defendant shall file a motion in limine regarding Plaintiff's comparitor witnesses on or before March 4, 2010; Plaintiff's response to the motion is due on or before March 18, 2010; and Defendant's reply to the motion is due on or before March 25, 2010;

4. A hearing on Defendant's motion in limine regarding Plaintiff's comparitor witnesses is set for April 8, 2010 at 9:00 a.m.; and

     5.  Defendant's request to retain a vocational rehabilitation expert is DENIED as untimely.

Dated:  February   18  , 2010.

                               BY THE COURT:

                                s/Lewis T. Babcock
                               Lewis T. Babcock, Judge