# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01277-LTB-KMT
(Consolidated w/ Civil Case No. 08-cv-02487-LTB-KMT)

MARY BARONE,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal of Claims Under Colorado Anti-Discrimination Act (Doc 96 - filed February 22, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that Plaintiff's claim under the Colorado Anti-Discrimination Act shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs, and that the dismissal of with the Colorado Anti-Discrimination Act claim shall have no impact on Plaintiff's remaining claims.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: February 25, 2010