IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Ginny Kramer | Date: May 7, 2010 |
| Court Reporter: Gwen Daniel | |

_____

| | |
|---|---|
| Civil Case No. 07-cv-01277-LTB-KMT | Counsel: |
| 08-CV-02487-LTB-KMT | |
| | |
| MARY BARONE, | John Olson |
| | |
| Plaintiff, | |
| v. | |
| | |
| UNITED AIR LINES, | Maureen Witt |
| | Mark Wiletsky |
| Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - MOTION IN LIMINE

**9:58 a.m.    Court in Session**

Appearances of counsel.

Opening statements by the Court.

Argument as to the Defendant's Motion in Limine *to Exclude Irrelevant and Inadmissible Witness, Evidence and Stray Comments,* [# 101] filed March 9, 2010.

10:12 a.m.    Argument by Ms. Witt, for the defendant.

Questions to Ms. Witt by the Court.

10:46 a.m.    Argument by Mr. Olsen, for the plaintiff.

Questions to Mr. Olsen by the Court.
11:10 a.m.    Rebuttal argument by Ms. Witt.

1

**11:23 a.m.   Court in recess.**
**11:42 a.m.   Court in session.**

Mr. John Olsen is not present.

Court's Findings of Fact and Conclusions of Law.

**It was ORDERED:**

    1.    That Defendant's Motion in Limine *to Exclude Irrelevant and Inadmissible Witnesses, Evidence and Stray Comments*, [#101] filed March 9, 2010, is **granted in part and denied in part as stated on the record.**


**12:15 p.m.   Court in recess.**

Total in Court time: 1 hour and 58 minutes
Hearing concluded.