IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01277-LTB-KMT
(Consolidated w/Civil Case No. 08-cv-02487-REB-MJW)

MARY BARONE,

       Plaintiff,

v.

UNITED AIRLINES, INC.,

       Defendant.
_____

**ORDER**
_____

       THIS MATTER is before the Court on Defendant United Air Lines, Inc.'s Position Statement and Objection to Advisory Verdict on Promissory Estoppel, filed February 22, 2010 (docket #97). For the reasons stated on the record during the May 7, 2010 hearing, it is

       ORDERED that the jury will not render an advisory verdict on Plaintiff's promissory estoppel claim. The promissory estoppel claim will be heard by the court in a separate proceeding.

       Dated: May 12, 2010.

                                     BY THE COURT:

                                     s/Lewis T. Babcock
                                     Lewis T. Babcock, Judge