**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01277-LTB-KMT
(Consolidated w/Civil Case No. 08-cv-02487-REB-MJW)

MARY BARONE,

       Plaintiff,

v.

UNITED AIRLINES, INC.,

       Defendant.
_____

**ORDER**
_____

       THIS MATTER is before the Court on Defendant United Air Lines, Inc.'s Motion in Limine to Exclude Irrelevant and Inadmissible Witnesses, Evidence and Stray Comments, filed March 9, 2010 (docket # 101); Plaintiff's Response, filed March 19, 2010 (docket # 104); and Reply, filed April 8, 2010 (docket #112). On Friday, May 7, 2010, a hearing on the above motion was held. For the reasons stated on the record, Defendant's Motion in Limine is **DENIED IN PART AND GRANTED IN PART**.

       Specifically I order the following: the motion is

       1) GRANTED as to Scott Hildebrand, Lydia Martinez, and Lanae Sheridan, April Coursin, Tom Lisi;

       2) CONDITIONALLY GRANTED as to Jodi Stringfellow for the case in chief;

       3) GRANTED as to Carolyn Forest for the case in chief;

       4) CONDITIONALLY DENIED as to Debra Benjamin, DeeDee Dalvit, Jennifer McInerney, Denise Ambrose Van-Dyke, and Rhonda Patterson-Eachus. It is

FURTHER ORDERED the motion is DENIED as to Kevin Mortimer's "stray comments."  It is

FURTHER ORDERED as follows regarding Todd Sprague's "stray comments": Defendant's Motion is

1) CONDITIONALLY GRANTED as to the case in chief for

    (a) the "stray comment" where Sprague allegedly drove Barone around in a van and called her a "bitch";

    (b) the "stray comment" where Sprague allegedly told Barone that he would never work for Cahill because she was a "bitch".

Dated: May 12, 2010.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge