# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01277-LTB-KMT
(Consolidated w/ Civil Case No. 08-cv-02487-REB-MJW)

MARY BARONE,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.
_____

# ORDER
_____

As further set forth on the record at the hearing held on July 8, 2010, IT IS HEREBY ORDERED as follows:

1. Plaintiff's claims under Colorado's Anti-Discrimination Act are DISMISSED BY STIPULATION;

2. On or before November 9, 2010, the parties shall submit (a) final witness lists with estimated length of testimony; (b) final exhibit lists reflecting stipulations and specific objections; (c) one hard copy of proposed jury instructions with annotations, objections, and a corresponding disk; (d) proposed findings of fact and conclusions of law on Plaintiff's promissory estoppel claim; and (e) proposed voir dire questions;

3. A trial preparation conference is set for Friday, November 12, 2010 at 9:00 a.m.;

4. A 5-7 day jury trial is set to commence on Monday, November 29, 2010 at 9:00 a.m.; and

5. The Court will take judicial notice of all evidence presented at the jury trial and allow the parties an opportunity to present additional evidence, if necessary, before deciding Plaintiff's promissory estoppel claim.

Dated: July  8 , 2010.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge