IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen          Date:  December 1, 2010
Court Reporter:    Gwen Daniel

_____

Civil Case No. 07-cv-01277-LTB-KMT          Counsel:

MARY BARONE,                                John Olson

    Plaintiff,

v.

UNITED AIR LINES, INC.,                     Maureen Witt
                                            Mark Wiletsky
    Defendant.

_____

COURTROOM MINUTES
_____

HEARING - Offer of Proof

09:00 a.m.    Court in Session

Appearances

Court's comments

The Court sets the background for the offer of proof (the relevance of the testimony of certain witnesses).

Argument (by Mr. Olsen)

Argument (by Mr. Witt)

Argument (by Mr. Olsen)

**ORDERED:   Defendant's Motion for Ruling in Advance of Trial Regarding Sufficiency of Plaintiff Foundation Evidence For Admission of Highly Prejudicial Stray Remarks, [127] is GRANTED.**

1

**ORDERED:** **The Court's May 12, 2010 Order [115] is UPDATED, Defendant's Motion in Limine, [101] is GRANTED as to Debra Benjamin, DeeDee Dalvit, Jennifer McInerney, Denise Ambrose Van-Dyke, Larry Everett, and Rhonda Patterson-Eachus.**

**ORDERED:** **The May 12, 2010 Order [115] is REVERSED, and the Defendant's Motion in Limine as to Kevin Mortimer's "stray comments," specifically including any comments made by Mortimer illustrating his alleged discriminatory or retaliatory animus is GRANTED.**

**ORDERED:** **The jury will be brought up to the courtroom at 9:00 a.m. on Monday, December 6, 2010.**

10:22 a.m.   Court in Recess
             Hearing concluded
             Time: 1/22