IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Deborah Hansen          Date:  December 6, 2010
Court Reporter:    Gwen Daniel

_____

Civil Case No. 07-cv-01277-LTB-KMT          Counsel:

MARY BARONE,                                John Olsen
                                            Diane Brown
    Plaintiff,

v.

UNITED AIR LINES,                           Maureen Witt
                                            Mark Wiletsky
    Defendant.
_____

COURTROOM MINUTES
_____

JURY TRIAL - DAY ONE

08:55 a.m.    Court in Session

Appearances

Court's comments

The Plaintiff filed a motion, Plaintiff's Motion to Re-List One Trial Witness, And For Expedited Ruling Thereon (Doc No. 146).

Argument (by Mr. Olsen)

Argument (by Mr. Wiletsky)

**ORDERED:  Plaintiff's Motion to Re-List One Trial Witness, And For Expedited Ruling Thereon (Doc No. 146) is DENIED with the proviso, if truly rebuttal, some rebuttal testimony may be presented.**

1

09:00  Court in Recess
09:15  Court in Session

09:17  jury panel present

Court's opening remarks to the jury panel

09:20  Jury sworn voir dire

09:20  Voir dire commences

10:30  Bench conference - no challenges for cause

Plaintiff's challenges: 100189020, 100200390, 100185117

Defendant's challenges: 100188548, 100182497, 100187207

10:36 Voir dire completed

10:39  Jury sworn to try the case:

       1) 100167710
       2) 100184384
       3) 100187207
       4) 100166946
       5) 100188548
       6) 100167256
       7) 100184402
       8) 100194197
       9) 100192437

10:40  Court in Recess
11:00  Court in Session - without jury

Discussion concerning opening statements

11:04  Jury present

11:04  Court's preliminary instructions to the jury

11:29  Bench conference - Mr. Olsen requests Rule 615
                   ORDERED:   Rule 615 shall be invoked.

11:30  Court in Recess
12:35  Court in Session - without jury

Ms. Witt's comments

Ms. Witt requests clarification, that the stipulated exhibits are actually in evidence right now -- so they do not have to move their admission.

The Court responds that that is correct.

Mr. Olsen's comments -  there is an issue with that.  Counsel changed the exhibits over the weekend to remove portions of them; and the plaintiff never stipulated to those exhibits with those changes in it.

Further comments by Mr. Olsen

Court's comments

The Court asks Ms. Witt if they changed the exhibits that were subject to the prior stipulations.

Ms. Witt's comments - they redacted the portions that related to Mr. Mortimer pursuant to the Court's order.  They did that completely consistent with the Court's order, very conservatively, and turned them over to Mr. Olsen so Mr. Olsen could tell them if he had any concerns before right now.  All they did was take out any references to Mr. Mortimer that related to the comments that were excluded or related to his discriminatory animus.  There are other comments about Mr. Mortimer that are still in there.  She thinks the ones they redacted are Exhibits A-13 and A-18.

Further comments by Ms. Witt

Court's further comments

At the next recess counsel should address Exhibits A-13 and A-18.

12:36  Jury present

12:36  Opening Statement (by Mr. Olsen)

01:11  Opening Statement (by Ms. Witt)

02:05  Court in Recess
02:20  Court in Session - jury present

**PLAINTIFF'S FIRST WITNESS TODD SPRAGUE**
02:20  Direct (by Mr. Olsen)

Mr. Olsen moves to admit Exhibit No. A-18

Discussion re Exhibit No. A-18

02:28 Bench conference - Discussion concerning Exhibit No. A-18 and Exhibit No. 15

                                            EXHIBITS IDENTIFIED, OFFERED
                                            AND RECEIVED: A-18, **as redacted**.

                                            EXHIBIT OFFERED AND REFUSED
                                            (objection sustained): 15

Exhibit referred: 16

03:45  Court in Recess
04:00  Court in Session - without jury

04:00  Jury Instruction Conference

04:45  p.m.   Court in Recess
                   Trial continued
                   Time: 5/40