IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01277-LTB-KMT
(Consolidated w/Civil Case No. 08-cv-02487-REB-MJW)

MARY BARONE,

       Plaintiff,

v.

UNITED AIRLINES, INC.,

       Defendant.
_____

**ORDER**
_____

      THIS MATTER is before me on Plaintiff's claim of promissory estoppel.  On May 12, 2010, I entered an order stating that the jury will not render an advisory verdict on Plaintiff's promissory estoppel claim and that I would hear the claim in a separate proceeding.  On December 13, 2010, I heard closing arguments on Plaintiff's promissory estoppel claim following a one week jury trial where evidence regarding the above claim and Plaintiff's remaining claims was presented.  After closing arguments on Plaintiff's promissory estoppel claim, I entered findings of fact and conclusions of law on the record.

      Accordingly, as stated on the record, IT IS ORDERED that judgment shall enter in favor of Defendant United Airlines and against Plaintiff Mary Barone on Plaintiff's promissory estoppel claim.

Dated: December  13th , 2010.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge