IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 07-cv-01277-LTB-KMT
(Consolidated with Civil Case No. 08-cv-02487-REB-MJW)

MARY BARONE,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial to the jury, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 13th day of December 2010.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defense